O AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 02/27/03 at 2:30 pm |
| NAME OF SERVER (PRINT) | TITLE |
| Vincent A. Piazza | Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

☐ Returned

☒ Other (specify): By serving Regina Lynch, Fulfillment Specialist, authorized to accept. Service was completed at 300 E. Lombard Street, Baltimore, Maryland 21227.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed 02/28/03
Date

Signature of Server

CAPITOL PROCESS SERVICES
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050
Address of Server

*General Consent to Proceed Before a United States Magistrate Judge

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.