IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| PHILIP SHANE HITE | * |
| *Plaintiff* | * |
| v. | * Civil Court Action No: CCB 03 CV 480 |
| CSX TRANSPORTATION, INC. | * |
| *Defendant* | * |

\* \* \* \* \* \* \* \* \* \* \*

## ANSWER TO COMPLAINT

Defendant, CSX Transportation, Inc., by Stephen B. Caplis and Whiteford, Taylor & Preston, L.L.P., its attorneys, answers the Complaint as follows:

## FIRST DEFENSE

The claim is barred, in whole or in part, by reason of Plaintiff's contributory negligence.

## SECOND DEFENSE

Answering the specific allegations of the Complaint, Defendant responds as follows:

1. Paragraph 1 is a legal assertion for which no response is required.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied. Defendant is a Virginia corporation with a principal place of business in Jacksonville, Florida.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

/s/ Stephen B. Caplis
_____
Stephen B. Caplis, #01190
Whiteford, Taylor & Preston L.L.P.
1400 First Union Tower
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
410-347-8700
*Attorney for Defendant,*
*CSX Transportation, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on this *1st* day of *April, 2003*, copies of the foregoing Answer to Complaint were served upon the following counsel by electronic submission to CourtLink at www.mdd.uscourts.gov, in accordance with the Notice issued by the Clerk of the Court for the United States District Court of Maryland, dated February 20, 2003; and mailed, postage prepaid to:

>Steven M. Weisbaum, Esquire
>THE WEISBAUM LAW FIRM
>1850 M Street, N.W.
>Suite 250
>Washington, DC 20036
>
>*Attorney for Plaintiff*
>
>/s/ Stephen B. Caplis
>_____
>Stephen B. Caplis

*1482213*