*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF MARYLAND*
*NORTHERN DIVISION*

| | |
|---|---|
| *PHILIP SHANE HITE* | * |
| *Plaintiff* | * |
| *v.* | * Civil Court Action No: CCB 03 CV 480 |
| *CSX TRANSPORTATION, INC.* | * |
| *Defendant* | * |

\* \* \* \* \* \* \* \* \* \* \*

### GENERAL CONSENT TO PROCEED
### BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waiver her or his right to proceed before a United States District Judge and consents to have a United States Magistrate conduct any and all further proceedings in the case including trial, and order the entry of a final judgment.

<u>CSX TRANSPORTATION, INC.</u>
Name of Party

<u>*/s/ Stephen B. Caplis* - counsel</u>
Signature of Party or Counsel

Date: April 9, 2003