IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND,
*Northern Division*

| | |
|---|---|
| PHILIP SHANE HITE | * |
| *Plaintiff,* | * |
| v. | * |
| CSX TRANSPORTATION, Inc., | *   Civil No. CCB 03 CV 480 |
| *Defendant.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waives his right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of final judgment.

PHILIP SHANE HITE
Name of Party

_/s/ Steven M. Weisbaum_
Steven M. Weisbaum
Counsel for Plaintiff

Date: 4/11/03