**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

April 16, 2003

Steven M. Weisbaum, Esquire
The Weisbaum Law Firm
1850 M Street, N.W.
Suite 250
Washington, D.C. 20036

Stephen B. Caplis, Esquire
Whiteford, Taylor & Preston
Seven Saint Paul Street
Suite 1400
Baltimore, Maryland 21202

      Re:    Philip Shane Hite v. CSX Transportation, Inc.
              Civil Action No.: CCB-03-480(Magistrate Judge Gesner)

Dear Counsel:

     The above referenced case was referred to me for all proceedings, with the consent of the parties, pursuant to 28 U.S.C. §636(c). Unless I hear from counsel to the contrary, the deadlines set forth in Judge Blake's scheduling order of April 7, 2003 will remain unchanged.

     Thank you for your attention in this matter. If I may be of any assistance as you proceed with discovery in this case, please feel free to contact my Chambers.

     Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

                            Very truly yours,

                            /s/

                            Beth P. Gesner
                            United States Magistrate Judge